IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF <br><br> MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Rebecca Adams, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13025-DRH-PMF |
| *Jennifer Alforejy, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12970-DRH-PMF |
| *Stephanie Caldarello, et al. v. Bayer Corporation, et al.* | No. 3:10-cv-13401-DRH-PMF |
| *Lisa Caputo, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10304-DRH-PMF |
| *Jessica George, et al. v. Bayer Schering Pharma AG.* | No. 3:12-cv-11406-DRH-PMF |
| *Tamera Hall, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10301-DRH-PMF |
| *Cynthia Hurst, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10267-DRH-PMF |
| *Shelby Roker, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10266-DRH-PMF |
| *Brittany Senko, et al. v. Bayer Corporation, et al.* | No. 3:12-cv-11404-DRH-PMF |
| *Angela Solomon, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-10161-DRH-PMF |
| *Jenna Sumrall, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12523-DRH-PMF |
| *Casey Szkola, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12882-DRH-PMF |
| *Lauren Terry, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12280-DRH-PMF |
| *Mandy Winkler, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-10971-DRH-PMF |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT**. This matter is before the Court for the purpose of

docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders of Dismissal With Prejudice and/or Notices/Stipulations of Dismissal With Prejudice filed in the above captioned cases, the above captioned cases are DISMISSED with prejudice. Each party shall bear their own costs.

                                              **JUSTINE FLANAGAN,**
                                              **ACTING CLERK OF COURT**

                                              BY: /s/*Cheryl A. Ritter*
                                                        **Deputy Clerk**

**Dated:** January 26, 2015

Digitally signed by David R. Herndon
Date: 2015.01.26 14:44:29 -06'00'

**APPROVED:**
      **U.S. DISTRICT JUDGE**
      **U. S. DISTRICT COURT**